| PROB 22<br>(Rev 2/88) | DOCKET NUMBER *(Tran Court)*<br>05CR10262-005-PBS |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec Court)*<br>08 CR 7022 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Sokhorn Sean | DISTRICT<br><br>DISTRICT OF MASSACHUSETTS | DIVISION<br><br>Boston |
|---|---|---|

**FILED**

**MAY – 5 2008**

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
BY                                    DEPUTY

| | NAME OF SENTENCING JUDGE<br><br>Patti B. Saris | |
|---|---|---|
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM<br>May 31, 2007 | TO<br>May 30, 2010 |

OFFENSE

Ct. 1: Conspiracy to Distribute Cocaine and Cocaine Base, 21 U.S.C. § 846

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

☐ electronic docket in the captioned case
☐ electronically filed original filed on
☑ original filed in my office on _4/16/08_

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

_2/20/08_                    By: _____          _____
Date                              Deputy Clerk              *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of California

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_3/10/08_                                    _____
*Effective Date*                              *United States District Judge*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## 05 CR 10262 PB

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| 1. SOPHOAN OUNG, | ) 21 U.S.C. §§ 846, 841(a)(1), |
| a/k/a "HERSHEY" | ) 841(b)(1)(B)(ii) and (iii) - |
| | ) Conspiracy to Manufacture |
| | ) and Distribute Fifty Grams |
| 2. SOPHANARA OUNG, | ) or More of Cocaine Base, Also |
| a/k/a "BEE" | ) Known as "Crack Cocaine," and |
| | ) 500 grams or More of Cocaine |
| 3. PHAN MOUL, | ) |
| a/k/a "MAGEE" | ) |
| a/k/a "EVIL" | ) 21 U.S.C. §§ 841(a)(1) and |
| | ) (b)(1)(C) - Distribution of |
| 4. GUIBER QUEZADA, | ) Cocaine |
| a/k/a "ANDRE QUEZADA" | ) |
| a/k/a "DRE" | ) 21 U.S.C. §§ 841(a)(1) - |
| a/k/a "GILBERT QUEZADA" | ) Possession with Intent to |
| | ) Distribute Cocaine |
| 5. SOKHORN SEAN, | ) |
| a/k/a "BLACKIE" | ) 18 U.S.C. § 924(c) - |
| a/k/a "STRIKER" | ) Possession of Firearms in |
| | ) Furtherance of a Drug |
| 6. SROUCH KHUT, | ) Trafficking Crime |
| a/k/a "JONNY" | ) |
| a/k/a "KEVIN" | ) 18 U.S.C. § 922(k) - |
| | ) Possession of a Firearm with |
| | ) Obliterated Serial Number |
| Defendants. | ) |
| | ) 18 U.S.C. § 2 - Aiding and |
| | ) Abetting |
| | ) |
| | ) 21 U.S.C. § 853 - Criminal |
| | ) Asset Forfeiture |

I hereby certify on 4/20/05 that the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on 9/28/05
☑ original filed in my office on _____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

<u>INDICTMENT</u>

<u>COUNT ONE</u>:     (21 U.S.C. § 846 -- Conspiracy To Distribute
Cocaine and Cocaine Base)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or

about April of 2005, and continuing thereafter until in or about

August 2005, at Lowell and elsewhere in the District of

Massachusetts,

> 1. SOPHOAN OUNG,
>    a/k/a "HERSHEY"
> 2. SOPHANARA OUNG,
>    a/k/a "BEE"
> 3. PHAN MOUL,
>    a/k/a "MAGEE"
>    a/k/a "EVIL"
> 4. GUIBER QUEZADA,
>    a/k/a "ANDRE QUEZADA"
>    a/k/a "DRE"
>    a/k/a "GILBERT QUEZADA"
> 5. SOKHORN SEAN,
>    a/k/a "BLACKIE"
>    a/k/a "STRIKER"
> 6. SROUCH KHUT,
>    a/k/a "JONNY"
>    a/k/a "KEVIN"

the defendants herein, did knowingly and intentionally combine,

conspire and agree with others known and unknown to the Grand

Jury, to manufacture and distribute a controlled substance, to

wit: cocaine base, also known as "crack" cocaine, and cocaine,

Schedule II controlled substances.

It is further alleged that this offense involved at least

fifty (50) grams of a mixture and substance containing a

detectable amount of cocaine base, also known as "crack" cocaine,

and 500 grams or more of a mixture or substance containing a

detectable amount of cocaine, Schedule II controlled substances.

Accordingly, Title 21, United States Code, Sections

841(b)(1)(A)(iii) and 841(b)(1)(B)(ii) are applicable to this count.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**       (21 U.S.C. § 841(a)(1) -- **Distribution of Cocaine;**
                     18 U.S.C. § 2 - **Aiding and Abetting**)

The Grand Jury further charges that:

On or about April 20, 2005, at Lowell, in the District of

Massachusetts and elsewhere,

                    2.    **SOPHANARA OUNG,**
                          **a/k/a "BEE"**

the defendant herein, did knowingly and intentionally distribute

and cause the distribution of cocaine, a Schedule II controlled

substance.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

COUNT THREE:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine;
                18 U.S.C. § 2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about May 17, 2005, at Lowell, in the District of

Massachusetts and elsewhere,

### 2. SOPHANARA OUNG,
#### a/k/a "BEE"

the defendant herein, did knowingly and intentionally distribute

and cause the distribution of cocaine, a Schedule II controlled

substance.

In violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

5

COUNT FOUR:     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine;
                18 U.S.C. § 2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about June 22, 2005, at Lowell, in the District of

Massachusetts and elsewhere,

> 2. **SOPHANARA OUNG,**
>        a/k/a "BEE"
> 3. **PHAN MOUL,**
>        a/k/a "MAGEE"
>        a/k/a "EVIL"

the defendants herein, did knowingly and intentionally distribute

and cause the distribution of cocaine, a Schedule II controlled

substance.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

6

COUNT FIVE:        (21 U.S.C. § 841(a)(1) -- Possession With Intent
                   To Distribute Cocaine; 18 U.S.C. § 2 - Aiding and
                   Abetting)

The Grand Jury further charges that:

On or about August 20 and 21, 2005, at Lowell, in the
District of Massachusetts and elsewhere,

> 1. **SOPHOAN OUNG**,
>        a/k/a "**HERSHEY**"
> 2. **SOPHANARA OUNG**,
>        a/k/a "**BEE**"

the defendants herein, did knowingly and intentionally possess
with intent to distribute a controlled substance, to wit: cocaine
base, also known as "crack" cocaine, and cocaine, Schedule II
controlled substances.

It is further alleged that this offense involved at least
fifty (50) grams of a mixture and substance containing a
detectable amount of cocaine base, also known as "crack" cocaine,
a Schedule II controlled substance. Accordingly, Title 21,
United States Code, Section 841(b)(1)(A)(iii) is applicable to
this count.

All in violation of Title 21, United States Code, Section
841(a)(1) and Title 18, United States Code, Section 2.

7

COUNT SIX:        (21 U.S.C. § 841(a)(1) -- Possession With Intent
                  To Distribute Cocaine; 18 U.S.C. § 2 - Aiding and
                  Abetting)

The Grand Jury further charges that:

On or about August 20 and 21, 2005, at Lowell, in the

District of Massachusetts and elsewhere,

                 1. SOPHOAN OUNG,
                      a/k/a "HERSHEY"
                 3. PHAN MOUL,
                      a/k/a "MAGEE"
                      a/k/a "EVIL"

the defendants herein, did knowingly and intentionally possess

with intent to distribute a controlled substance, to wit: cocaine

base, also known as "crack" cocaine, and cocaine, Schedule II

controlled substances.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

**COUNT SEVEN:**    (18 U.S.C. §924(c)--Possession of a Firearm in
                    Furtherance of a Drug Trafficking Crime)

The Grand Jury further charges that:

On or about August 20 and 21, 2005, in Lowell and elsewhere in the District of Massachusetts,

> 1. **SOPHOAN OUNG,**
>       a/k/a "HERSHEY"
> 2. **SOPHANARA OUNG,**
>       a/k/a "BEE"
> 3. **PHAN MOUL,**
>       a/k/a "MAGEE"
>       a/k/a "EVIL"

defendants herein, did knowingly, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States (to wit: the crime charged in Count I of this indictment), possess a firearm (to wit: one 9mm Beretta with an obliterated serial number; one .380 caliber Berasa Firestorm semi-automatic handgun with serial number 617404; one .44 magnum Rugger revolver with serial number 58-84303; one .380 caliber Berasa Firestorm semi-automatic handgun with serial number 642537).

All in violation of Title 18, United States Code, Section 924(c).

**COUNT EIGHT:**   (18 U.S.C. §922(k)--Possession of a Firearm with Obliterated Serial Number)

The Grand Jury further charges that:

On or about August 20 and 21, 2005, in Lowell and elsewhere in the District of Massachusetts,

> 1. **SOPHOAN OUNG,**
>    a/k/a "HERSHEY"
> 2. **SOPHANARA OUNG,**
>    a/k/a "BEE"
> 3. **PHAN MOUL,**
>    a/k/a "MAGEE"
>    a/k/a "EVIL"

defendants herein, did knowingly possess or receive a firearm, to wit: one 9mm Beretta, which has had the importer's or manufacturer's serial number removed, obliterated, or altered and has, at any time, been shipped or transported in interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 922(k).

## FORFEITURE ALLEGATION

### (21 U.S.C. § 853)

The United States Attorney further charges that:

    1.  As a result of the offense alleged in Count One of this Indictment,
    2.

        1. **SOPHOAN OUNG,**
           a/k/a "HERSHEY"
        2. **SOPHANARA OUNG,**
           a/k/a "BEE"
        3. **PHAN MOUL,**
           a/k/a "MAGEE"
           a/k/a "EVIL"
        4. **GUIBER QUEZADA,**
           a/k/a "ANDRE QUEZADA"
           a/k/a "DRE"
           a/k/a "GILBERT QUEZADA"
        5. **SOKHORN SEAN,**
           a/k/a "BLACKIE"
           a/k/a "STRIKER"
        6. **SROUCH KHUT,**
           a/k/a "JONNY"
           a/k/a "KEVIN"

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.  Such property includes, but is not limited to:

        $9,0000.00 in U.S. Currency seized from Guiber Quezada, a/k/a "Andre Quezada," a/k/a "Dre," a/k/a "Gilbert Quezada" on or about August 20, 2005;

In that such items represents the proceeds the defendants

obtained as a result of the violations and property used or

intended to be used, in any manner or part, to commit, or to

facilitate the commission of, such offense.

    3.    If any of the properties described in paragraph 1,

above, as a result of any act or omission of the defendant --

        (a)  cannot be located upon the exercise of due

            diligence;

        (b)  has been transferred or sold to, or deposited

            with, a third party;

        (c)  has been placed beyond the jurisdiction of the

            Court;

        (d)  has been substantially diminished in value; or

        (e)  has been commingled with other property which

            cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21,

United States Code, Section 853(p), to seek forfeiture of any

other property of the defendant up to the value of the property

described in paragraph 1.

    All in violation of Title 21, United States Code, Section

853.

A TRUE BILL,

FOREPERSON OF THE GRAND JURY

(Deputy)

William F. Bloomer
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS                    September 28, 2005

Returned into the District Court by the Grand Jurors and
filed.

Deputy Clerk

9/28/05
@ 11:20 A.M

13

✎AO 245B(05-MA)    (Rev. 06/05) Judgment in a Criminal Case
Sheet 1 - D. Massachusetts - 10/05

# UNITED STATES DISTRICT COURT
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA <br> **V.** <br> **SOKHORN SEAN** | **JUDGMENT IN A CRIMINAL CASE** <br><br> Case Number: **1: 05 CR 10262 - 005 - PBS** <br> USM Number: 94375-198 <br> Michael Andrews, Esq. <br> _____ <br> Defendant's Attorney    ☐ Additional documents attached |

☐

**THE DEFENDANT:**

☑ pleaded guilty to count(s)    1 of an Indictment _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:    Additional Counts - See continuation page ☐

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC § 846 | Conspiracy to Distribute Cocaine and Cocaine Base | 08/31/05 | |

The defendant is sentenced as provided in pages 2 through ___9___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

02/15/07

Date of Imposition of Judgment

/s/ Patti B. Saris

Signature of Judge

The Honorable Patti B. Saris
Judge, U.S. District Court

Name and Title of Judge

2/16/07

Date

I hereby certify on 4/2/00 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on 2/16/07
☐ original filed in my office on _____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

✎AO 245B(05-MA)    (Rev. 06/05) Judgment in a Criminal Case
Sheet 2 - D. Massachusetts - 10/05

|  | Judgment — Page 2 of 9 |
|---|---|

DEFENDANT: **SOKHORN SEAN**
CASE NUMBER: **1: 05 CR 10262 - 005 - PBS**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **24 month(s)**

☑ The court makes the following recommendations to the Bureau of Prisons:

A recommendation to a FCI in or as close as possible to San Diego, CA

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

✎AO 245B(05-MA)    (Rev. 06/05) Judgment in a Criminal Case
                   Sheet 3 - D. Massachusetts - 10/05

|  | Judgment—Page ___3___ of ___9___ |
|---|---|

DEFENDANT:    **SOKHORN SEAN**
CASE NUMBER: **1: 05 CR 10262   - 005 - PBS**

# SUPERVISED RELEASE                            ☐ See continuation page

Upon release from imprisonment, the defendant shall be on supervised release for a term of :    36   month(s)

If deported, the defendant is to leave the United States and not return without prior permission of the U.S.
Attorney General. Defendant is to comply with all standard financial conditions as directed by US Probation.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the
custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled
substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests
thereafter, not to exceed  104  tests per year, as directed by the probation officer.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of
    future substance abuse. (Check, if applicable.)

☐  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a
    student, as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the
Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions
on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of
    each month;

3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)  the defendant shall support his or her dependents and meet other family responsibilities;

5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other
    acceptable reasons;

6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any
    controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a
    felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any
    contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the
    permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal
    record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the
    defendant's compliance with such notification requirement.

AO 245B(05-MA)    Case 1:05-cr-10262-PBS    Document 118    Filed 02/16/2007    Page 4 of 9
(Rev. 06/05) Judgment in a Criminal Case
Sheet 5 - D. Massachusetts - 10/05

| | | |
|---|---|---|
| DEFENDANT: | **SOKHORN SEAN** | Judgment — Page 4 of 9 |
| CASE NUMBER: | 1: 05 CR 10262 - 005 - PBS | |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ $100.00 | $ $1,500.00 | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

☐ See Continuation Page

| | | |
|---|---|---|
| **TOTALS** | $ $0.00 | $ $0.00 |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B(05-MA)    (Rev. 06/05) Judgment in a Criminal Case
Sheet 6 - D. Massachusetts - 10/05

DEFENDANT: **SOKHORN SEAN**

CASE NUMBER: **1: 05 CR 10262 - 005 - PBS**

Judgment — Page __5__ of __9__

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

☐ not later than _____ , or
☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

The $100.00 Special Assessment is due immediately.
The $1,500.00 Fine is to be paid out during the term of Supervised Release.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

☐ See Continuation Page

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B    (Rev. 06/05) Criminal Judgment
Attachment (Page 1) — Statement of Reasons - D. Massachusetts - 10/05

| | |
|---|---|
| **DEFENDANT:** **SOKHORN SEAN** | Judgment — Page 6 of 9 |
| **CASE NUMBER:** **1: 05 CR 10262  - 005 - PBS** | |
| **DISTRICT:** **MASSACHUSETTS** | |

## STATEMENT OF REASONS

**I    COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT**

    A  ☐  **The court adopts the presentence investigation report without change.**

    B  ☑  **The court adopts the presentence investigation report with the following changes.**

        (Check all that apply and specify court determination, findings, or comments, referencing paragraph numbers in the presentence report, if applicable.) (Use Section VIII if necessary.)

        1  ☑  **Chapter Two of the U.S.S.G. Manual** determinations by court (including changes to base offense level, or specific offense characteristics):

            THE COURT ACCEPTS THE DRUG AMOUNT AGREED TO BY THE PARTIES IN THE PLEA AGREEMENT.

        2  ☐  **Chapter Three of the U.S.S.G. Manual** determinations by court (including changes to victim-related adjustments, role in the offense, obstruction of justice, multiple counts, or acceptance of responsibility):

        3  ☐  **Chapter Four of the U.S.S.G. Manual** determinations by court (including changes to criminal history category or scores, career offender, or criminal livelihood determinations):

        4  ☐  **Additional Comments or Findings** (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions):

    C  ☐  **The record establishes no need for a presentence investigation report pursuant to Fed.R.Crim.P. 32.**

**II    COURT FINDING ON MANDATORY MINIMUM SENTENCE (Check all that apply.)**

    A  ☑  No count of conviction carries a mandatory minimum sentence.

    B  ☐  Mandatory minimum sentence imposed.

    C  ☐  One or more counts of conviction alleged in the indictment carry a mandatory minimum term of imprisonment, but the sentence imposed is below a mandatory minimum term because the court has determined that the mandatory minimum does not apply based on

        ☐  findings of fact in this case

        ☐  substantial assistance (18 U.S.C. § 3553(e))

        ☐  the statutory safety valve (18 U.S.C. § 3553(f))

**III    COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES):**

    Total Offense Level: 17

    Criminal History Category: I

    Imprisonment Range: 24 to 30 months

    Supervised Release Range: to 3 years

    Fine Range: $ 5,000 to $ 1,000,000

    ☑  Fine waived or below the guideline range because of inability to pay.

AO 245B (05-MA)    (Rev. 06/05) Criminal Judgment
Attachment (Page 2) — Statement of Reasons - D. Massachusetts - 10/05

DEFENDANT:    **SOKHORN SEAN**                                             Judgment — Page  7  of   9
CASE NUMBER: **1: 05 CR 10262  - 005 - PBS**
DISTRICT:         **MASSACHUSETTS**

# STATEMENT OF REASONS

## IV    ADVISORY GUIDELINE SENTENCING DETERMINATION (Check only one.)

A  ☑  The sentence is within an advisory guideline range that is not greater than 24 months, and the court finds no reason to depart.

B  ☐  The sentence is within an advisory guideline range that is greater than 24 months, and the specific sentence is imposed for these reasons.
(Use Section VIII if necessary.)

C  ☐  The court departs from the advisory guideline range for reasons authorized by the sentencing guidelines manual.
(Also complete Section V.)

D  ☐  The court imposed a sentence outside the advisory sentencing guideline system.  (Also complete Section VI.)

## V    DEPARTURES AUTHORIZED BY THE ADVISORY SENTENCING GUIDELINES (If applicable.)

A   **The sentence imposed departs** (Check only one.):
☐  below the advisory guideline range
☐  above the advisory guideline range

B   **Departure based on** (Check all that apply.):

1   **Plea Agreement** (Check all that apply and check reason(s) below.):
☐  5K1.1 plea agreement based on the defendant's substantial assistance
☐  5K3.1 plea agreement based on Early Disposition or "Fast-track" Program
☐  binding plea agreement for departure accepted by the court
☐  plea agreement for departure, which the court finds to be reasonable
☐  plea agreement that states that the government will not oppose a defense departure motion.

2   **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below.):
☐  5K1.1 government motion based on the defendant's substantial assistance
☐  5K3.1 government motion based on Early Disposition or "Fast-track" program
☐  government motion for departure
☐  defense motion for departure to which the government did not object
☐  defense motion for departure to which the government objected

3   **Other**
☐  Other than a plea agreement or motion by the parties for departure (Check reason(s) below.):

C   **Reason(s) for Departure** (Check all that apply other than 5K1.1 or 5K3.1.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | 4A1.3 | Criminal History Inadequacy | ☐ | 5K2.1 | Death | ☐ | 5K2.11 Lesser Harm |
| ☐ | 5H1.1 | Age | ☐ | 5K2.2 | Physical Injury | ☐ | 5K2.12 Coercion and Duress |
| ☐ | 5H1.2 | Education and Vocational Skills | ☐ | 5K2.3 | Extreme Psychological Injury | ☐ | 5K2.13 Diminished Capacity |
| ☐ | 5H1.3 | Mental and Emotional Condition | ☐ | 5K2.4 | Abduction or Unlawful Restraint | ☐ | 5K2.14 Public Welfare |
| ☐ | 5H1.4 | Physical Condition | ☐ | 5K2.5 | Property Damage or Loss | ☐ | 5K2.16 Voluntary Disclosure of Offense |
| ☐ | 5H1.5 | Employment Record | ☐ | 5K2.6 | Weapon or Dangerous Weapon | ☐ | 5K2.17 High-Capacity, Semiautomatic Weapon |
| ☐ | 5H1.6 | Family Ties and Responsibilities | ☐ | 5K2.7 | Disruption of Government Function | ☐ | 5K2.18 Violent Street Gang |
| ☐ | 5H1.11 | Military Record, Charitable Service, Good Works | ☐ | 5K2.8 | Extreme Conduct | ☐ | 5K2.20 Aberrant Behavior |
| | | | ☐ | 5K2.9 | Criminal Purpose | ☐ | 5K2.21 Dismissed and Uncharged Conduct |
| ☐ | 5K2.0 | Aggravating or Mitigating Circumstances | ☐ | 5K2.10 | Victim's Conduct | ☐ | 5K2.22 Age or Health of Sex Offenders |
| | | | | | | ☐ | 5K2.23 Discharged Terms of Imprisonment |
| | | | | | | ☐ | Other guideline basis (*e.g.*, 2B1.1 commentary) |

D   **Explain the facts justifying the departure.** (Use Section VIII if necessary.)

DEFENDANT:      **SOKHORN SEAN**                                    Judgment — Page  8  of    9
CASE NUMBER:  **1: 05 CR 10262  - 005 - PBS**
DISTRICT:         **MASSACHUSETTS**

## STATEMENT OF REASONS

**VI    COURT DETERMINATION FOR SENTENCE OUTSIDE THE ADVISORY GUIDELINE SYSTEM**
(Check all that apply.)

   **A    The sentence imposed is** (Check only one.):
   ☐ below the advisory guideline range
   ☐ above the advisory guideline range

   **B    Sentence imposed pursuant to** (Check all that apply.):

   1       **Plea Agreement** (Check all that apply and check reason(s) below.):
   ☐ binding plea agreement for a sentence outside the advisory guideline system accepted by the court
   ☐ plea agreement for a sentence outside the advisory guideline system, which the court finds to be reasonable
   ☐ plea agreement that states that the government will not oppose a defense motion to the court to sentence outside the advisory guideline system

   2       **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below.):
   ☐ government motion for a sentence outside of the advisory guideline system
   ☐ defense motion for a sentence outside of the advisory guideline system to which the government did not object
   ☐ defense motion for a sentence outside of the advisory guideline system to which the government objected

   3       **Other**
   ☐ Other than a plea agreement or motion by the parties for a sentence outside of the advisory guideline system (Check reason(s) below.):

   **C    Reason(s) for Sentence Outside the Advisory Guideline System** (Check all that apply.)

   ☐ the nature and circumstances of the offense and the history and characteristics of the defendant pursuant to 18 U.S.C. § 3553(a)(1)
   ☐ to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense (18 U.S.C. § 3553(a)(2)(A))
   ☐ to afford adequate deterrence to criminal conduct (18 U.S.C. § 3553(a)(2)(B))
   ☐ to protect the public from further crimes of the defendant (18 U.S.C. § 3553(a)(2)(C))
   ☐ to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner (18 U.S.C. § 3553(a)(2)(D))
   ☐ to avoid unwarranted sentencing disparities among defendants (18 U.S.C. § 3553(a)(6))
   ☐ to provide restitution to any victims of the offense (18 U.S.C. § 3553(a)(7))

   **D    Explain the facts justifying a sentence outside the advisory guideline system.**  (Use Section VIII if necessary.)

DEFENDANT: **SOKHORN SEAN**

CASE NUMBER: **1: 05 CR 10262 - 005 - PBS**

DISTRICT: **MASSACHUSETTS**

Judgment — Page 9 of 9

# STATEMENT OF REASONS

## VII COURT DETERMINATIONS OF RESTITUTION

A ☑ Restitution Not Applicable.

B Total Amount of Restitution: _____

C Restitution not ordered (Check only one.):

   1 ☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because the number of identifiable victims is so large as to make restitution impracticable under 18 U.S.C. § 3663A(c)(3)(A).

   2 ☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because determining complex issues of fact and relating them to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 U.S.C. § 3663A(c)(3)(B).

   3 ☐ For other offenses for which restitution is authorized under 18 U.S.C. § 3663 and/or required by the sentencing guidelines, restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweigh the need to provide restitution to any victims under 18 U.S.C. § 3663(a)(1)(B)(ii).

   4 ☐ Restitution is not ordered for other reasons. (Explain.)

D ☐ Partial restitution is ordered for these reasons (18 U.S.C. § 3553(c)):

## VIII ADDITIONAL FACTS JUSTIFYING THE SENTENCE IN THIS CASE (If applicable.)

Sections I, II, III, IV, and VII of the Statement of Reasons form must be completed in all felony cases.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 00/00/85

Defendant's Residence Address: San Diego, CA 92105

Defendant's Mailing Address:
MCI - Cedar Junction
Route 1-A, P.O. Box 100
South Walpole, MA 02071

Date of Imposition of Judgment
02/15/07

/s/ Patti B. Saris

Signature of Judge
The Honorable Patti B. Saris   Judge, U.S. District Court

Name and Title of Judge
Date Signed 2/16/07

JS 45 (5/97) - (Revised USAO MA 8/29/05)  **05 CR 10262 PBS**

**Criminal Case Cover Sheet**                    U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** I _____  **Investigating Agency** DEA _____

**City** Lowell _____  **Related Case Information:**

**County** Middlesex _____  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number  05M-1120-JGD
Search Warrant Case Number _____
Rule 5(c)/40 from District of _____

**Defendant Information:**

**Defendant Name** Sophoan Oung _____  **Juvenile**  ☐ Yes  ☒ No

**Alias Name** Hershey _____

**Address** 109 Forest Street, #2, Lowell, Massachusetts _____

**Birth date (Year only):** 1980  **SSN (last 4 #):** 3788  **Sex** M  **Race:** Asian  **Nationality:** Thailand

**Defense Counsel if known:** Stephen B. Hrones, Esquire  **Address:** Lewis Wharf Bay 232
                                                                  Boston, MA 02110

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** William F. Bloomer _____  **Bar Number if applicable** _____

**Interpreter:**  ☐ Yes  ☒ No  **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

          ☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

**Arrest Date:**  **August 21, 2005** _____

☒ Already in Federal Custody as  **of August 22, 2005**  in  USMS
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  Six

                    Continue on Page 2 for Entry of U.S.C. Citations

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

**Date:**  September 28, 2005          **Signature of AUSA:** _____

**05 CR 10262 PBS**

JS 45 (5/97) - (Revised USAO MA 8/29/05) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    Sophoan Oung _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to distribute cocaine/crack cocaine | One |
| Set 2 | 21 U.S.C. §841(a)(1) | Possession with Intent to Distribute Cocaine | Five, Six |
| Set 3 | 18 U.S.C. §924(c) | Possession of firearms in furtherance drugs | Seven |
| Set 4 | 18 U.S.C. §922(k) | Possession of firearm with obliterated serial no. | Eight |
| Set 5 | 21 U.S.C. §853 | Criminal Forfeiture Allegations | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

05 CR 10262 RBS

JS 45 (5/97) - (Revised USAO MA 8/29/05)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____  **Category No.** I _____  **Investigating Agency** DEA _____

**City** Lowell _____  **Related Case Information:**

**County** Middlesex _____

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  05M-1120-JGD _____
Search Warrant Case Number _____
Rule 5(c)/40 from District of _____

**Defendant Information:**

**Defendant Name**  Sophanara Oung _____  Juvenile  ☐ Yes  ☒ No

**Alias Name**  Bee _____

**Address**  109 Forest Street, #2, Lowell, Massachusetts _____

**Birth date (Year only):** 1985  **SSN (last 4 #):** 9372  **Sex** M  **Race:** Asian  **Nationality:** USA

**Defense Counsel if known:** Glen P. Randall, Esquire  **Address:** 50 Burlington Mall Road, Suite 100
Burlington, MA 01803

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** William F. Bloomer _____  **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No  **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**   ☐ **Regular Process**   ☒ **In Custody**

**Location Status:**

**Arrest Date:** August 21, 2005 _____

☒ Already in Federal Custody as  of August 22, 2005 _____  in  USMS _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  Eight _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** September 28, 2005  **Signature of AUSA:**

**05 CR 10262 PBS**

JS 45 (5/97) - (Revised USAO MA 8/29/05) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Sophanara Oung

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to distribute cocaine | One |
| Set 2 | 21 U.S.C. §841(a)(1) | Distribution of Cocaine | Two, Three, Four |
| Set 3 | 21 U.S.C. §841(a)(1) | Possession with Intent to Distribute Cocaine | Five |
| Set 4 | 18 U.S.C. §924(c) | Possession of firearms in furtherance drugs | Six |
| Set 5 | 18 U.S.C. §922(k) | Possession of firearm with obliterated serial no. | Eight |
| Set 6 | 21 U.S.C. §853 | Criminal Forfeiture Allegations | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**05 CR 10262 PBS**

JS 45 (5/97) - (Revised USAO MA 8/29/05)

| | |
|---|---|
| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____   **Category No.** I _____   **Investigating Agency** DEA _____

**City** Lowell _____   **Related Case Information:**

**County** Middlesex _____

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   05M-1120-JGD _____
Search Warrant Case Number _____
Rule 5(c)/40 from District of _____

**Defendant Information:**

**Defendant Name** Phan Moul _____   Juvenile ☐ Yes ☒ No

**Alias Name** Magee, Evil, Tear Drop _____

**Address** 1311 Middlesex Street. Lowell MA _____

**Birth date (Year only):** 1980   **SSN (last 4 #):** 9096   **Sex** M **Race:** Asian   **Nationality:** Thailand

**Defense Counsel if known:** Timothy G. Watkins, Esquire   **Address:** 408 Atlantic Avenue, 3rd Floor
Boston, MA 02210

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** William F. Bloomer _____   **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**   ☐ **Regular Process**   ☒ **In Custody**

**Location Status:**

**Arrest Date:** August 21, 2005 _____

☒ **Already in Federal Custody as** of August 22, 2005 **in** USMS
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** _____ **on** _____

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony   Six

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** September 28, 2005   **Signature of AUSA:**

Case 1:05-cr-10262-PBS    Document 9    Filed 09/28/2005    Page 19 of 25

**05  CR  10262  PBS**

JS 45  (5/97) - (Revised USAO MA 8/29/05) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk):    _____

Name of Defendant    **Phan Moul** _____

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  21 U.S.C. §846 | **Conspiracy to distribute cocaine and crack** | **One** |
| Set 2  21 U.S.C. §841(a)(1) | **Distribution of Cocaine** | **Four** |
| Set 3  21 U.S.C. §841(a)(1) | **Possession with Intent to Distribute Cocaine** | **Six** |
| Set 4  18 U.S.C. §924(c) | **Possession of firearms in furtherance drugs** | **Seven** |
| Set 5  18 U.S.C. §922(k) | **Possession of firearm with obliterated serial no.** | **Eight** |
| Set 6  21 U.S.C. §853 | **Criminal Forfeiture Allegation** | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

&JS 45 (5/97) - (Revised USAO MA 8/29/05)

**Criminal Case Cover Sheet**     05 CR 10262 PBS     U.S. District Court - District of Massachusetts

**Place of Offense:** _____     **Category No.** I _____     **Investigating Agency** DEA _____

**City** Lowell _____     **Related Case Information:**

**County** Middlesex _____

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant | New Defendant |
| Magistrate Judge Case Number | .05M-1120-JGD _____ |
| Search Warrant Case Number | _____ |
| Rule 5(c)/40 from District of | _____ |

**Defendant Information:**

**Defendant Name** Guiber Quezada _____     Juvenile ☐ Yes ☒ No

**Alias Name** Andre Quezada, Gilbert Quezada _____

**Address** 435 High Street, Lawrence, Massachusetts _____

**Birth date (Year only):** 1978 **SSN (last 4 #):** _____ **Sex** M **Race:** Hispanic _____ **Nationality:** USA _____

**Defense Counsel if known:** George F. Gormley, Esquire _____ **Address:** 655 Summer Street
                                                                Boston, MA 02210

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** William F. Bloomer _____     **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No     **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

**Arrest Date:** August 21, 2005 _____

☒ Already in Federal Custody as of August 22, 2005 _____ in USMS _____.
☐ Already in State Custody _____     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:** ☐ Petty     ☐ Misdemeanor _____     ☒ Felony Two _____

Continue on Page 2 for Entry of U.S.C. Citations

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** September 28, 2005     **Signature of AUSA:** _____

05 CR 10262 PBS

JS 45  (5/97) - (Revised USAO MA 8/29/05)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant:**  Guibert Quezada  _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. §846 | Conspiracy to distribute cocaine | One |
| Set 2  21 U.S.C. §853 | Criminal Forfeiture Allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

Case 1:05-cr-10262-PBS    Document 9    Filed 09/28/2005    Page 22 of 25

%JS 45 (5/97) - (Revised USAO MA 8/29/05)    05 CR 10262 PBS

**Criminal Case Cover Sheet**    U.S. District Court - District of Massachusetts

Place of Offense: _____    Category No. _I_    Investigating Agency _DEA_

City _Lowell_    Related Case Information:

County _Middlesex_    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    _05M-1120-JGD_
Search Warrant Case Number    _____
Rule 5(c)/40 from District of    _____

**Defendant Information:**

Defendant Name _Sokhorn Sean_    Juvenile ☐ Yes ☒ No

Alias Name _Blackie, Striker_

Address _1311 Middlesex Street, Lowell, Massachusetts_

Birth date (Year only): _1985_ SSN (last 4 #): ____ Sex _M_ Race: _Asian_    Nationality: _Cambodia_

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA _William F. Bloomer_    Bar Number if applicable _____

Interpreter:    ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: _September 2, 2005_

☒ Already in Federal Custody as _of September 2, 2005_ in _USMS_
☐ Already in State Custody _____    ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony _Two_

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: _September 28, 2005_    Signature of AUSA: _____

Case 1:05-cr-10262-PBS    Document 05    Filed 09/28/2005    Page 23 of 25

05 CR 10262

JS 45  (5/97) - (Revised USAO MA 8/29/05)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Sokhorn Sean    _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to distribute cocaine | One |
| Set 2 | 21 U.S.C. §853 | Criminal Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 8/29/05)

**05 CR 10262 PBS**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I__    Investigating Agency __DEA__

City __Lowell__    Related Case Information:

County __Middlesex__    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number __05M-1120-JGD__
Search Warrant Case Number _____
Rule 5(c)/40 from District of _____

**Defendant Information:**

Defendant Name __Srouch Khut__    Juvenile    ☐ Yes    ☒ No

Alias Name __Jonny, Kevin__

Address __135 Cross Street, #4, Lowell, MA__

Birth date (Year only): __1973__ SSN (last 4 #): __4710__ Sex __M__ Race: __Asian__    Nationality: __Cambodia__

Defense Counsel if known: __Victoria Bonilla-Argudo, Esquire__    Address: __77 Central Street, 2nd Floor__
__Boston, MA 02109__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __William F. Bloomer__    Bar Number if applicable _____

Interpreter:    ☐ Yes    ☒ No    List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes    ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: __August 21, 2005__

☒ Already in Federal Custody as __of August 22, 2005__    in    __USMS__
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____    on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __Two__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __September 28, 2005__    Signature of AUSA: _____

05 CR 10262 PBS

JS 45 (5/97) - (Revised USAO MA 8/29/05) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Srouch Khut _____

### U.S.C. Citations

|  | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to distribute cocaine | One |
| Set 2 | 21 U.S.C. §853 | Criminal Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

MAG

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-10262-PBS-5
### Internal Use Only

Case title: USA v. Oung et al

Magistrate judge case number: 1:05-mj-01120-JGD

Date Filed: 09/28/2005

Date Terminated: 02/16/2007

Assigned to: Judge Patti B. Saris

### Defendant (5)

**Sokhorn Sean**
*TERMINATED: 02/16/2007*
*also known as*
Blackie
*TERMINATED: 02/16/2007*
*also known as*
Striker
*TERMINATED: 02/16/2007*

represented by **Michael C. Andrews**
Law Offices of Michael C. Andrews
21 Custom House St.
Suite 920
Boston, MA 02110
617-951-0072
Fax: 617-443-1010
Email: MCADMASS@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

I hereby certify on 4/22 that the
foregoing document is true and correct copy of the
electronic docket in the captioned case
☑ electronically filed original filed on_____
☐ original filed in my office on_____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By_____
Deputy Clerk

### Pending Counts

21:846 CONSPIRACY TO
DISTRIBUTE Cocaine and Cocaine
Base
(1)

### Disposition

The defendant is hereby committed to
the custody of the United States Bureau
of Prisons to be imprisoned for a total
term of 24 months. The Court makes a
recommendation to a FCI in or as close
as possible to San Diego, CA. Upon
release from imprisonment, the
defendant shall be on supervised release
for a term of 36 months. If deported, the
defendant is to leave the United States
and not return without prior permission
of the U.S. Attorney General. Defendant
is to comply with all standard financial
conditions as directed by US Probation.
The $100 Special Assessment is due
immediately. The $1500.00 Fine is to be

paid out during the term of Supervised Release.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                                        **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                              **Disposition**

21:846 and 18:924....Dft.'s did
knowingly and intentionally conspire to
distribute a mixture or substance
containing a detectable amount of
cocaine, a schedule II controlled
substance; and knowingly, in
furtherance of a drug trafficking crime
for which they may be prosecuted in a
court of the United States (to wit:
conspiracy to distribute cocaine),
possess firearms (to wit: a 9mm Berretta
Handgun with an obliterated serial
number, a .44 magnum revolver, and
two .380 caliber semi-automatic
handguns).

**Plaintiff**

**USA**                                      represented by **Jennifer Hay Zacks**
                                                            United States Attorney's Office
                                                            John Joseph Moakley Federal
                                                            Courthouse
                                                            1 Courthouse Way
                                                            Suite 9200
                                                            Boston, MA 02210
                                                            617-748-3100
                                                            Email: jennifer.zacks@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William F. Bloomer**

United States Attorney's Office
1 Courthouse Way
Boston, MA 02210
617-748-3644
Fax: 617-748-3965
Email: william.bloomer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Fisher**
United States Attorney's Office
One Courthouse Way, Suite 9200
John J. Moakley United States
Courthouse
Boston, MA 02210
617-748-3612
Email: Robert.Fisher2@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2005 | ◑1 | COMPLAINT as to Sophoan Oung (1), Sophanara Oung (2), Sokham Sean (3), Phan Moul (4), Srouch Khut (5), Andre Quezada (6). (Attachments: # 1 # 2 # 3 # 4 # 5 # 6) (Smith3, Dianne) [1:05-mj-01120-JGD] (Entered: 08/24/2005) |
| 08/22/2005 | ◑2 | AFFIDAVIT of Special Agent Christian Brackett by Sophoan Oung, Sophanara Oung, Sokham Sean, Phan Moul, Srouch Khut, Andre Quezada 1 Complaint (Attachments: # 1)(Smith3, Dianne) [1:05-mj-01120-JGD] (Entered: 08/24/2005) |
| 09/07/2005 | ◑8 | Arrest Warrant Returned Executed on 9/2/05 as to Sokham Sean. (Catino2, Theresa) [1:05-mj-01120-JGD] (Entered: 09/07/2005) |
| 09/28/2005 | ◑9 | INDICTMENT as to Sophoan Oung (1) count(s) 1, 5-6, 7, 8, Sophanara Oung (2) count(s) 1, 2-4, 5, 7, 8, Phan Moul (3) count(s) 1, 4, 6, 7, 8, Guiber Quezada (4) count(s) 1, Sean Sokhorn (5) count(s) 1, Srouch Khut (6) count(s) 1. (Gawlik, Cathy) (Entered: 09/29/2005) |
| 09/28/2005 | ◑10 | Judge Patti B. Saris : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: pretrial proceedings as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezada (Gawlik, Cathy) (Entered: 09/29/2005) |
| 09/28/2005 | ◑ | Attorney update in case as to Sean Sokhorn. Attorney Michael C. Andrews for Sean Sokhorn added. (Quinn, Thomas) (Entered: 09/29/2005) |
| 09/28/2005 | ◑ | Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance and Arraignment as to Sean Sokhorn held on 9/28/05; AUSA Pelgro and Attorney Andrews(CJA Duty) for the dft.; USMJ Dein informs |

| | | the dft. of his rights and charges; Dft. submits cja 23 and request counsel; Attorney Andrews is appointed; Govt. moves for detention and continuance for the record and will contact arresting district(Southern District of California) to confirm if the dft. has already had a detention hearing and a detention order has been issued; Dft. pleads not guilty and 1st status conference is set for 11/8/05 @ 11:15am. (Court Reporter DR.) (Quinn, Thomas) (Entered: 09/29/2005) |
|---|---|---|
| 09/28/2005 | ❸11 | Judge Judith G. Dein : ORDER entered. SCHEDULING ORDER as to Sean Sokhorn Status Conference set for 11/8/2005 11:15 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 09/29/2005) |
| 09/28/2005 | ❸12 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Sean Sokhorn Time excluded from 9/28/05 until 10/26/05. (Quinn, Thomas) (Entered: 09/29/2005) |
| 09/28/2005 | ❸ | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance as to Sean Sokhorn held on 9/28/2005 Please note...this event was re-entered to correct statistical error... (Catino2, Theresa) (Entered: 10/05/2005) |
| 10/28/2005 | ❸16 | NOTICE re automatic disclosure as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezada (Bloomer, William) (Entered: 10/28/2005) |
| 11/07/2005 | ❸17 | JOINT MEMORANDUM of the parties re initial status conference by Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezada (Bloomer, William) (Entered: 11/07/2005) |
| 11/07/2005 | ❸20 | Joint STATUS REPORT by Sophoan Oung, USA, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezada as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezada. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 11/16/2005) |
| 11/08/2005 | ❸ | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut held on 11/8/2005; AUSA Bloomer and Attorneys Randal, Byrne,Bourbeau, Hrones, Andrews and Gormley report discovery is ongoing and seek further conference for 1/18/06 @ 10:00am (Court Reporter DR.) (Quinn, Thomas) (Entered: 11/08/2005) |
| 11/08/2005 | ❸18 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut Status Conference set for 1/18/2006 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 11/09/2005) |
| 11/08/2005 | ❸19 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut Time excluded from 11/4/05 until 1/18/06. (Quinn, Thomas) Modified on 11/10/2005 (Patch, Christine). (Entered: |

| | | 11/09/2005) |
|---|---|---|
| 11/16/2005 | ❷ | Notice of correction to docket made by Court staff. Correction: Document No. 17 corrected because: it was filed using the incorrect event. Please refer to Document No. 20 for corrected filing. as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezada (Patch, Christine) (Entered: 11/16/2005) |
| 01/18/2006 | ❷ | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezada held on 1/18/2006; AUSA Bloomer and Defense Counsel report current case status and seek further conference on 3/8/06 @ 3:30pm. (Court Reporter DR.) (Quinn, Thomas) (Entered: 01/20/2006) |
| 01/18/2006 | ❷28 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezada Status Conference set for 3/8/2006 03:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 01/20/2006) |
| 01/18/2006 | ❷29 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezada Time excluded from 1/18/06 until 3/8/06. (Quinn, Thomas) (Entered: 01/20/2006) |
| 01/25/2006 | ❷30 | MOTION Transfer Defendant as to Sean Sokhorn. (Andrews, Michael) (Entered: 01/25/2006) |
| 01/27/2006 | ❷31 | MOTION for Extension of Time to 02/24/06 to File Response to Request for Disclosure of Identities of Informants and Undercover Agents as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezadaby USA. (Bloomer, William) (Entered: 01/27/2006) |
| 03/08/2006 | ❷36 | STATUS REPORT *Joint Interim Status Report* by USA as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezada (Bloomer, William) (Entered: 03/08/2006) |
| 03/08/2006 | ❷ | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezada held on 3/8/2006; AUSA Bloomer and Attorneys RAndall, Andrews, hedges, Hayden, Zerola, and Bonila report current case status and seek further conference for 4/25/06 @ 2:30pm. (Court Reporter DR.) (Quinn, Thomas) (Entered: 03/10/2006) |
| 03/08/2006 | ❷37 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezada Status Conference set for 4/25/2006 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 03/10/2006) |

| 03/08/2006 | ❂38 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezada Time excluded from 3/8/06 until 4/27/06. (Quinn, Thomas) (Entered: 03/10/2006) |
|---|---|---|
| 03/27/2006 | ❂45 | AFFIDAVIT of Special Agent Christian Bracket. (Dambrosio, Jolyne) (Entered: 03/27/2006) |
| 03/31/2006 | ❂49 | Ex Parte MOTION to Seal as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezadaby USA. (Patch, Christine) (Entered: 04/03/2006) |
| 04/05/2006 | ❂ | Judge Patti B. Saris : Electronic ORDER entered granting 49 Ex Parte Motion to Seal as to Sophoan Oung (1), Sophanara Oung (2), Phan Moul (3), Guiber Quezada (4), Sean Sokhorn (5), Srouch Khut (6) (Patch, Christine) (Entered: 04/05/2006) |
| 04/05/2006 | ❂50 | MOTION for Leave to File Ex Parte Response as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezadaby USA, filed under seal. (Patch, Christine) (Entered: 04/05/2006) |
| 04/05/2006 | ❂ | Judge Patti B. Saris : Electronic ORDER entered granting 50 Motion for Leave to File Ex Parte Response as to Sophoan Oung (1), Sophanara Oung (2), Phan Moul (3), Guiber Quezada (4), Sean Sokhorn (5), Srouch Khut (6) (Patch, Christine) (Entered: 04/05/2006) |
| 04/05/2006 | ❂51 | Ex Parte RESPONSE TO COURT ORDER by USA as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezada, filed under seal. (Patch, Christine) (Entered: 04/05/2006) |
| 04/24/2006 | ❂53 | STATUS REPORT *Joint Interim* by USA as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezada (Bloomer, William) (Entered: 04/24/2006) |
| 04/25/2006 | ❂ | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezada held on 4/25/2006; AUSA Bloomer and defense counsel report discovery is ongoing and seek further conference for 6/23/06 @ 2:30pm. (Court Reporter DR.) (Quinn, Thomas) (Entered: 04/25/2006) |
| 04/25/2006 | ❂54 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezada Status Conference set for 6/19/2006 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 04/25/2006) |
| 04/25/2006 | ❂55 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezada Time excluded from 4/25/06 until 6/23/06. (Quinn, Thomas) (Entered: 04/26/2006) |

| 05/01/2006 | ⊘56 | MOTION for Extension of Time to July 7, 2006 to File Response/Reply *to Srouch Khut's Motion to Suppress* as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezadaby USA. (Bloomer, William) (Entered: 05/01/2006) |
|---|---|---|
| 05/02/2006 | ⊘ | Judge Judith G. Dein : Electronic ORDER entered granting 56 Motion for Extension of Time to File Response/Reply as to Sophoan Oung (1), Sophanara Oung (2), Phan Moul (3), Guiber Quezada (4), Sean Sokhorn (5), Srouch Khut (6) (Quinn, Thomas) (Entered: 05/03/2006) |
| 06/06/2006 | ⊘57 | Assented to MOTION to Continue as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezadaby USA. (Bloomer, William) (Entered: 06/06/2006) |
| 06/07/2006 | ⊘ | Judge Judith G. Dein : Electronic ORDER entered granting 57 Motion to Continue as to Sophoan Oung (1), Sophanara Oung (2), Phan Moul (3), Guiber Quezada (4), Sean Sokhorn (5), Srouch Khut (6) Status Conference set for 7/31/2006 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 06/08/2006) |
| 06/07/2006 | ⊘58 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Sophoan Oung, Sophanara Oung, Sean Sokhorn, Phan Moul, Srouch Khut, Guiber Quezada Time excluded from 6/19/06 until 7/31/06. (Quinn, Thomas) (Entered: 06/08/2006) |
| 06/15/2006 | ⊘ | Notice of correction to docket made by Court staff. Defendant Sokhorn Sean's name corrected on the docket. (Hurley, Virginia) (Entered: 06/15/2006) |
| 07/14/2006 | ⊘ | ELECTRONIC NOTICE OF RESCHEDULING as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada; **TIME CHANGE ONLY** Status Conference set for 7/31/2006 at 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 07/14/2006) |
| 07/28/2006 | ⊘64 | STATUS REPORT *Joint Memorandum Pursuant to Local Rule 116.5(c)* by USA as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada (Bloomer, William) (Entered: 07/28/2006) |
| 07/28/2006 | ⊘65 | JOINT SUBMISSION pursuant to Local Rule 116.5(C) as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 07/31/2006) |
| 07/31/2006 | ⊘ | Notice of correction to docket made by Court staff. Correction: Document No. 64 corrected because: it was entered using the incorrect event. Please refer to Document No. 65 for corrected filing as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada (Patch, Christine) (Entered: 07/31/2006) |
| 07/31/2006 | ⊘ | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, |

| | | Phan Moul, Srouch Khut, Guiber Quezada held on 7/31/2006; AUSA Bloomer and Attorneys Bonilla, Hedges, Randall, Lee and Zola report current case status; Dispositive motions due 9/18/06; USMJ Dein will issue report and return file to the district court. (Court Reporter DR.) (Quinn, Thomas) (Entered: 08/02/2006) |
|---|---|---|
| 07/31/2006 | ❸68 | Judge Judith G. Dein : ORDER entered. FINAL STATUS REPORT as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada (Quinn, Thomas) (Entered: 08/02/2006) |
| 07/31/2006 | ❸69 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada Time excluded from 7/31/06 until 9/18/06. (Quinn, Thomas) (Entered: 08/02/2006) |
| 08/03/2006 | ❸70 | NOTICE OF MOTION HEARING / PRETRIAL CONFERENCE as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada. Motion Hearing / Pretrial Conference set for 10/16/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 08/03/2006) |
| 08/17/2006 | ❸73 | Assented to MOTION *for Additional Time and to Continue Motion Hearing* as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezadaby USA. (Bloomer, William) (Entered: 08/17/2006) |
| 08/18/2006 | ❸74 | Assented to MOTION for Extension of Time to File Response to Dispositive Motions and to Continue Motion Hearing as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezadaby USA. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 08/21/2006) |
| 08/21/2006 | ❸ | Motions terminated as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada: 73 MOTION filed by USA,. (Patch, Christine) (Entered: 08/21/2006) |
| 08/21/2006 | ❸ | Notice of correction to docket made by Court staff. Correction: Document No. 73 terminated because: it was filed using only one event, but should have been filed as a multi-part motion. Please refer to Document No. 74 for corrected filing as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada (Patch, Christine) (Entered: 08/21/2006) |
| 08/23/2006 | ❸ | Judge update in case as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada. Judge Judith G. Dein no longer assigned to case. (Quinn, Thomas) (Entered: 08/23/2006) |
| 08/25/2006 | ❸ | Judge Patti B. Saris : Electronic ORDER entered granting 74 Motion for Additional Time and to Continue Motion Hearing as to Sophoan Oung (1), Sophanara Oung (2), Phan Moul (3), Guiber Quezada (4), Sokhorn Sean (5), Srouch Khut (6). "Oppositions due by October 30, 2006. The Motion Hearing is rescheduled to 11/21/2006 02:00 PM in Courtroom 19 before |

| | | Judge Patti B. Saris." (Patch, Christine) (Entered: 08/28/2006) |
|---|---|---|
| 08/28/2006 | 🌐75 | NOTICE OF ATTORNEY APPEARANCE Jennifer Hay Zacks appearing for USA. (Zacks, Jennifer) (Entered: 08/28/2006) |
| 10/30/2006 | 🌐92 | Opposition by USA as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada re 81 MOTION for Hearing *Pursuant to Franks v. Deleware* (Attachments: # 1 Appendix 1# 2 Appendix 2)(Lelling, Andrew) (Entered: 10/30/2006) |
| 11/03/2006 | 🌐93 | First MOTION for Extension of Time to 11/14/06 to File Response/Reply as to 52 MOTION to Suppress *Evidence* as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezadaby USA. (Bloomer, William) (Entered: 11/03/2006) |
| 11/13/2006 | 🌐94 | MOTION for Hearing *for Status Conference* as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezadaby USA. (Bloomer, William) (Entered: 11/13/2006) |
| 11/14/2006 | 🌐 | Judge Patti B. Saris: Electronic ORDER entered denying 94 MOTION for Status Conference as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada by USA. "Denied. These motions have been pending for a while and we need to get started. We can do the plea, have a status and start on the witnesses. Then, we will continue the hearing. My schedule is chock full and this time has been blocked off for a while." (Alba, Robert) (Entered: 11/15/2006) |
| 11/15/2006 | 🌐95 | Opposition by USA as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada re 52 MOTION to Suppress *Evidence*, 84 MOTION to Suppress, 83 MOTION to Suppress, 82 MOTION to Suppress *and Memorandum in Support of Motion* (Attachments: # 1 # 2)(Bloomer, William) (Entered: 11/15/2006) |
| 11/15/2006 | 🌐96 | MOTION for Leave to File Excess Pages *in Excess of 20 Pages in Opposition to the Motions to Suppress Evidence Filed by Srouch Khut (52), Sophoan Oung (82), and Sophonara Oung (83, 84)* as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezadaby USA. (Bloomer, William) (Entered: 11/15/2006) |
| 11/21/2006 | 🌐 | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Change of Plea Hearing as to Sokhorn Sean held on 11/21/2006. Plea entered by Sokhorn Sean (5) Guilty Count 1. Sentencing set for 2/15/2007 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 11/21/2006) |
| 11/21/2006 | 🌐99 | PLEA AGREEMENT as to Sokhorn Sean (Patch, Christine) Modified on 11/27/2006 (Patch, Christine). Additional attachment(s) added on 11/29/2006 (Patch, Christine). (Entered: 11/21/2006) |
| 11/21/2006 | 🌐100 | Judge Patti B. Saris : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Sokhorn Sean Sentencing set for 2/15/2007 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) |

| | | |
|---|---|---|
| | | (Entered: 11/22/2006) |
| 12/18/2006 | ●104 | TRANSCRIPT of Evidentiary Hearing - Day One as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada held on November 21, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/18/2006) |
| 12/18/2006 | ●105 | TRANSCRIPT of Rule 11 Hearing as to Sokhorn Sean held on November 21, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/18/2006) |
| 12/29/2006 | ●106 | Third MEMORANDUM in Opposition by USA as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada re 84 MOTION to Suppress, 83 MOTION to Suppress, 81 MOTION for Hearing *Pursuant to Franks v. Deleware*, 82 MOTION to Suppress *and Memorandum in Support of Motion*, 89 MOTION for Hearing (Bloomer, William) (Entered: 12/29/2006) |
| 02/14/2007 | ●115 | SENTENCING MEMORANDUM by Sokhorn Sean (Andrews, Michael) (Entered: 02/14/2007) |
| 02/15/2007 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Sentencing held on 2/15/2007 for Sokhorn Sean (5), Count(s) 1. Court sentences defendant to 24 months imprisonment, 36 months supervised release w/conditions, $1,500 Fine, $100 special assessment. Defendant informed of right of appeal. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 02/15/2007) |
| 02/16/2007 | ●118 | Judge Patti B. Saris : ORDER entered. JUDGMENT as to Sokhorn Sean (5), Count(s) 1, The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months. The Court makes a recommendation to a FCI in or as close as possible to San Diego, CA. Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months. If deported, the defendant is to leave the United States and not return without prior permission of the U.S. Attorney General. Defendant is to comply with all standard financial conditions as directed by US Probation. The $100 Special Assessment is due immediately. The $1500.00 Fine is to be paid out during the term of Supervised Release. (Patch, Christine) (Entered: 02/21/2007) |
| 03/09/2007 | ●123 | Letter to Judge Saris regarding confinement to a medium security level facility in Sheridan, Oregon as to Sokhorn Sean (Patch, Christine) (Entered: 03/23/2007) |

| 03/12/2007 | ●120 | MOTION to Continue to 08/27/2007 to Trial as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Sean, Guiber Quezadaby USA. (Bloomer, William) (Entered: 03/12/2007) |
| 03/19/2007 | ● | Judge Patti B. Saris : Electronic ORDER entered denying 120 Motion to Continue as to Sophoan Oung (1), Sophanara Oung (2), Phan Moul (3), Guiber Quezada (4), Sokhorn Sean (5), Srouch Khut (6). "We can either recess for the dates of the conference or you can get a second chair to take over. This case is too difficult to schedule with so many attorneys." (Patch, Christine) (Entered: 03/22/2007) |
| 03/22/2007 | ●122 | Second MEMORANDUM in Opposition by USA as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada re 84 MOTION to Suppress, 83 MOTION to Suppress, 81 MOTION for Hearing *Pursuant to Franks v. Deleware*, 82 MOTION to Suppress *and Memorandum in Support of Motion* (Bloomer, William) (Entered: 03/22/2007) |
| 04/02/2007 | ●124 | Assented to MOTION to Continue *Trial to 8/27/07* as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezadaby USA. (Hershfang, Rachel) (Entered: 04/02/2007) |
| 04/04/2007 | ● | Judge Patti B. Saris : Electronic ORDER entered re 124 Motion to Continue Trial to 8/27/07 as to Sophoan Oung (1), Sophanara Oung (2), Phan Moul (3), Guiber Quezada (4), Sokhorn Sean (5), Srouch Khut (6). "There is a good chance I will be away that week. If everyone is available 9/4, I will do it then." (Patch, Christine) (Entered: 04/04/2007) |
| 07/03/2007 | ●137 | Summary of Testimony to Be Offered Under Fed.R.Evid.702 by USA as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 07/06/2007) |
| 07/06/2007 | ● | Motions terminated as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada: 136 MOTION *Government's Summary of Testimony to be Offered Under Fed.R.Evid. 702* filed by USA. (Patch, Christine) (Entered: 07/06/2007) |
| 07/06/2007 | ● | Notice of correction to docket made by Court staff. Correction: Document No. 136 terminated because: it was filed using the incorrect event. Please refer to Document No. 137 for corrected filing as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada (Patch, Christine) (Entered: 07/06/2007) |
| 07/11/2007 | ●138 | NOTICE *Government's Supplemental Summary of Testimony to be Offered Under Fed.R.Evid.702* by USA as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada re 137 Notice (Other) (Attachments: # 1)(Bloomer, William) (Entered: 07/11/2007) |

| 07/17/2007 | ◉167 | NOTICE OF ATTORNEY APPEARANCE Robert A. Fisher appearing for USA. (Patch, Christine) (Entered: 12/05/2007) |
|---|---|---|
| 07/30/2007 | ◉139 | SEALED MOTION as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezadaby USA. (Patch, Christine) (Entered: 08/02/2007) |
| 08/03/2007 | ◉ | Judge Patti B. Saris : Electronic ORDER entered granting 139 Sealed Motion as to Sophoan Oung (1), Sophanara Oung (2), Phan Moul (3), Guiber Quezada (4), Sokhorn Sean (5), Srouch Khut (6) (Patch, Christine) (Entered: 08/06/2007) |
| 11/19/2007 | ◉154 | SENTENCING MEMORANDUM by USA as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada (Bloomer, William) (Entered: 11/19/2007) |
| 12/04/2007 | ◉164 | TRANSCRIPT of Rule 11 Hearing as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada held on August 15, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at leemarz@aol.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/04/2007) |
| 03/12/2008 | ◉175 | TRANSCRIPT of Evidentiary Hearing - Day Four as to Sophoan Oung, Sophanara Oung, Sokhorn Sean, Phan Moul, Srouch Khut, Guiber Quezada held on January 8, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at leemarz@aol.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/12/2008) |
| 04/16/2008 | ◉178 | Probation Jurisdiction Transferred to Southern District of California as to Sokhorn Sean Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Patch, Christine) (Entered: 04/22/2008) |