# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Sokhorn Sean charged as Sakhorn Sean

## WARRANT FOR ARREST

CASE NUMBER: 08cr7022-IEG

**FILED**
AUG 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Sokhorn Sean charged as Sakhorn Sean_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

DATE 08/18/2008
ARRESTED BY: DUSM Chaco / Loveless

STEVEN C STAFFORD
ACTING US MARSHAL, S/CA
BY Cesar Martin

RECEIVED
2008 JUN -4  A 11:13
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

In violation of Title _____See Above_____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

J. Haslam
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

June 3, 2008    San Diego, CA
Date and Location

Bail fixed at $ _____NO BAIL SET_____ by _____The Honorable Irma E. Gonzalez_____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |